**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Ronald J. Fiorenza
Provosty, Sadler, DeLaunay
P. O. Box 1791
Alexandria LA 71309-1791

**REHEARING ACTION: July 22, 2015**

**Docket Number: 15   00023-CA**

**PARVIN WESLEY BROWN, ET UX.**
**VERSUS**
**STATE FARM MUTUAL AUTO INS. CO., ET AL.**

**Appealed from Catahoula Parish Case No. 27,245**

**BEFORE JUDGES**:

   **Hon. Ulysses Gene Thibodeaux**
   **Hon. Sylvia R. Cooks**
   **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application for

rehearing filed by **State of Louisiana, through the Department of Transportation and**

**Development** has this day been

   **DENIED.**

cc: Charles Shelby Norris, Jr., Counsel for the Appellee
    Danial C. Vidrine, Counsel for the Appellee